UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| FAWAZ SALEH HASSAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:20-cv-00173-LEW |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| AGRICULTURE, ) | |
| ) | |
| Defendant. ) | |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On June 30, 2020, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). The time within which to file objections expired on July 15, 2020, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is, therefore, ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED. Plaintiff's Complaint is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B) for lack of jurisdiction to hear his appeal.

**SO ORDERED.**

Dated this 28th day of July, 2020.

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE